# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:10CV102-RLV-DSC

| | |
|---|---|
| REGGIE TRACY, | ) |
| Plaintiff, | ) |
| v. | ) |
| LORAM MAINTENANCE OF WAY, INC., | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Joseph Walter Hammell]" (document #2) filed August 5, 2010. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: August 6, 2010

David S. Cayer
United States Magistrate Judge